**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | :   **CRIMINAL NO. TDC-15-CR-00336** |
| | : |
| **DAREN CONDREY** | : |

...oooOooo...

## LINE

Madam Clerk:

    Please enter the appearance of Michael T. Packard as co-counsel for the government for all purposes in the above-captioned cases. David I. Salem shall remain lead counsel in this matter.

                    Respectfully submitted,

                    Rod J. Rosenstein
                    UNITED STATES ATTORNEY

      By:        /s/
              Michael T. Packard
              Assistant United States Attorney

              United States Attorney's Office
              6500 Cherrywood Lane, Suite 200
              Greenbelt, Maryland 20770
              (301) 344-4433