IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**United States**
_____
Plaintiff,

v.

**Daren Condrey**
_____
Defendant.

\*  \*  \*  \*

Case No. 8:15-cr-00336-TDC-1
_____

REQUEST FOR ENTRY OF APPEARANCE
ON BEHALF OF A FEDERAL GOVERNMENT AGENCY

Please enter my appearance in this case on behalf of **the United States**.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| State Court | Date of Admission |
|---|---|
| New York | July 2009 |
|  |  |
|  |  |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

I understand that I must immediately notify this Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

11/6/2015
Date

*[Signature]*
Signature

Derek J. Ettinger 4739298
Printed name and bar number

1400 New York Ave NW; Washington, DC 20005
Address

derek.ettinger@usdoj.gov
Email address

(202) 514-5545
Telephone number

(202) 616-3511
Fax number

---

If you are **not** a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**