IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal Case No.  TDC 15-0336 |
| **DAREN CONDREY** | * | |

***** 

**SUPPLEMENTAL SENTENCING EXHIBIT NO. 1 -
ADDITIONAL LETTERS IN SUPPORT OF DAREN CONDREY**

The Defendant, by and through his attorney, Robert C. Bonsib, Esq. and the Law Office of MarcusBonsib, LLC, hereby submits this this Supplemental Sentence Exhibit No.1:

1. Please see attached additional letters in support of Daren Condrey

Respectfully submitted,

MARCUSBONSIB, LLC

*/s/ Robert C. Bonsib*

_____
Robert C. Bonsib
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
robertbonsib@marcusbonsib.com
Trial Bar No. 00324

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served this 28th day of April, 2021 *via* CM/ECF to all counsel of record.

*/s/ Robert C. Bonsib*
_____
Robert C. Bonsib