UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

VS.     * Case No. TDC 15-0336

DAREN CONDREY     *

## **ORDER**

Upon consideration of the Defendant's Motion To Terminate Supervised Release, ECF No. 114, it is this \_\_9\_\_ day of September, 2024 hereby

ORDERED that the Motion is GRANTED and the Defendant's Supervised Released is terminated.

_____
THEODORE D. CHUANG
United States District Judge